UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LORI JONES, et al, | ) | Case No.: 12-CV-00802-LHK |
| Petitioners, | ) ) | |
| v. | ) | ORDER SEALING DOCUMENTS |
| J.H., et al. | ) ) | |
| Respondents. | ) ) ) | |

Pursuant to the Court's June 12, 2012 Order, Petitioner Belinda K. submitted proposed redacted versions of her petition for a writ of mandamus, petition for appointment of guardian ad litem, and motion to shorten time. ECF No. 26. As the Court held in its previous Order, these documents contain sensitive, personal information which must be submitted under seal to protect the interests of the minor J.H. Accordingly, the proposed redacted versions of these documents at docket numbers 27, 28, and 29 are deemed filed with the Court.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00802-LHK
ORDER SEALING DOCUMENTS